**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEDLINE INDUSTRIES, INC. ) | |
| ) | Civil Action No. _____ |
| Plaintiff, ) | |
| ) | The Honorable _____ |
| v. ) | |
| ) | Magistrate Judge _____ |
| C.R. BARD, INC. ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| Defendant. ) | |
| ) | |

**PLAINTIFF MEDLINE INDUSTRIES, INC.'S
FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Plaintiff Medline Industries, Inc. certifies that it has no parent corporation and that there is no publicly held corporation that owns 10 percent or more of its stock.

Respectfully submitted,

Dated:  May 16, 2014

By:  s/ Allen E. Hoover
Allen E. Hoover
ahoover@fitcheven.com
Jared E. Hedman
jhedman@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 1600
Chicago, Illinois 60603
Telephone:   (312) 577-7000
Facsimile:     (312) 577-7007

Of Counsel:

Christopher C. Campbell
Stephen R. Smith
COOLEY LLP
One Freedom Square
11951 Freedom Drive
Reston, VA  20190-5656
Telephone:   (703) 456-8000
Facsimile:     (703) 456-8100

*Attorneys for Plaintiff*
*Medline Industries, Inc.*