# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| MEDLINE INDUSTRIES, INC.<br><br>                       Plaintiff,<br><br>  v.<br><br>C.R. BARD, INC.<br><br>                       Defendant. | Civil Action No. 1:14-cv-03618<br>Judge John Z. Lee<br>Magistrate Young B. Kim |

**THIRD SUPPLEMENTAL RESPONSES TO MEDLINE INDUSTRIES, INC.'S
FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

      Pursuant to Federal Rule of Civil Procedure 3, Defendant C.R. Bard, Inc. ("Bard") hereby provides supplemental responses to Plaintiff's First Set of Requests served by Plaintiff Medline Industries, Inc. ("Medline") on August 8, 2014 as follows:

**GENERAL OBJECTIONS**

      1.     Bard objects to the "DEFINITIONS AND INSTRUCTIONS" contained in the requests to the extent they are inconsistent with or seek to impose obligations beyond those imposed by the Federal Rules of Civil Procedure or the applicable rules of this Court.

      2.     Bard objects to these requests to the extent they seek information that does not exist or that is outside of Bard's possession, custody, or control.

      3.     Bard objects to these requests to the extent they seek information that is neither relevant to any party's claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence.

      4.     Bard objects to these requests to the extent they seek information that is protected by the attorney-client privilege, the work-product doctrine, the common interest or joint defense

Medline's August 22, 2014 Infringement Contentions sufficient to show customer use of the products, if any.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Bard will produce responsive, non-privileged documents, including Voice of Customer documents and Trackwise Complaint Summary reports. To the extent Request for Production No. 26 requests anything other than the previously-described documents, Bard objects that the request is overly broad and burdensome and seeks information not relevant to the subject matter of this action. Bard identifies at least the following documents responsive to this Request: BARD_0005028-BARD_0005028; BARD_0005029-BARD_0005043; BARD_0005044-BARD_0005055; BARD_0005056-BARD_0005061; BARD_0005062-BARD_0005068; BARD_0005069-BARD_0005072; BARD_0005073-BARD_0005117; BARD_0005118-BARD_0005118; BARD_0005119-BARD_0005119; BARD_0005120-BARD_0005120; BARD_0005121-BARD_0005122; BARD_0005123-BARD_0005128; BARD_0005044-BARD_0005128; BARD_0005858-BARD_0005953; BARD_0122106 - BARD_0122107; BARD_0126797-BARD_0126797; BARD_0183254-BARD_0183268; BARD_0051185-BARD_0051196; BARD_0051197-BARD_0051201; BARD_0051202-BARD_0051208; BARD_0051209-BARD_0051211; BARD_0203085-BARD_0203129; BARD_0203157-BARD_0203157; BARD_0203158-BARD_0203158; BARD_0203159-BARD_0203159; BARD_0051212-BARD_0051213; BARD_0113749-BARD_0113754; BARD_0121963-BARD_0121964.

**REQUEST FOR PRODUCTION NO. 27:**

From 2008 to the present, all documents and things concerning customer usage surveys concerning the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Bard incorporates its general objections recited above as if set forth fully herein. Bard objects to this request on the ground that it seeks "all documents and things" that relate to its

143

stated subject matter and is thus overly broad and unduly burdensome. Bard objects to this request to the extent it seeks information that is outside of Bard's possession, custody, or control. Bard objects to this requests to the extent it seeks documents containing confidential information of third parties. Bard objects to this request to the extent it seeks information that is neither relevant to any party's claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence. Bard objects to Medline's definition of "Accused Products" as overly broad, unduly burdensome, vague, and ambiguous to the extent that it includes products not charted in Medline's August 22, 2014 Infringement Contentions.

Subject to and without waiving its objections, Bard will produce responsive, non-privileged customer usage surveys within its possession, custody, or control regarding the products charted in Medline's August 22, 2014 Infringement Contentions.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Bard will produce Voice of Customer documents relating to the Accused Products, and documents relating thereto. Bard identifies at least the following documents responsive to this Request: BARD_0005044-BARD_0005128; BARD_0005858-BARD_0005953; BARD_0051185-BARD_0051196; BARD_0121963-BARD_0121964; BARD_0105992-BARD_0105992; BARD_0105993-BARD_0105993; BARD_0105994-BARD_0105994; BARD_0105995-BARD_0105995; BARD_0043133-BARD_0043133; BARD_0043148-BARD_0043148.

**REQUEST FOR PRODUCTION NO. 28:**

All documents and things concerning all published papers and articles written about the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Bard incorporates its general objections recited above as if set forth fully herein. Bard objects to this request on the ground that it seeks "all documents and things" that relate to its stated subject matter and is thus overly broad and unduly burdensome. Bard objects to

144

BARD_0129045; BARD_0129144-BARD_0129151; BARD_0113509-BARD_0113509; BARD_0113510-BARD_0113510; BARD_0113511-BARD_0113511; BARD_0113512-BARD_0113512; BARD_0113513-BARD_0113513; BARD_0113598-BARD_0113598; BARD_0113599-BARD_0113599; BARD_0113600-BARD_0113600; BARD_0113601-BARD_0113601; BARD_0113602-BARD_0113602; BARD_0113666-BARD_0113666; BARD_0113667-BARD_0113667; BARD_0113668-BARD_0113668; BARD_0113669-BARD_0113669; BARD_0113670-BARD_0113670; BARD_0043392-BARD_0043392; BARD_0043393-BARD_0043393; BARD_0234623-BARD_0234624; BARD_0234625-BARD_0235287.

**REQUEST FOR PRODUCTION NO. 39:**

From 2008 to the present, any consumer surveys concerning the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Bard incorporates its general objections recited above as if set forth fully herein. Bard objects to this request on the ground that it seeks "any [] surveys" that relate to its stated subject matter and is thus overly broad and unduly burdensome. Bard objects to Medline's definition of "Accused Products" as overly broad, unduly burdensome, vague, and ambiguous to the extent that it includes products not charted in Medline's August 22, 2014 Infringement Contentions. Bard objects to this request as duplicative of at least Requests No. 27. Bard objects to this request to the extent it seeks information that is neither relevant to any party's claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its objections, Bard will produce consumer surveys regarding the products charted in Medline's August 22, 2014 Infringement Contentions.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Bard will produce responsive, non-privileged documents constituting or relating to Voice of Customer documents for the Accused Products. Bard identifies at least the following documents responsive to this Request: BARD_0005044-BARD_0005055; BARD_0005056-

195

BARD_0005061; BARD_0005062-BARD_0005068; BARD_0005069-BARD_0005072; BARD_0005073-BARD_0005117; BARD_0005118-BARD_0005118; BARD_0005119-BARD_0005119; BARD_0005120-BARD_0005120; BARD_0005121-BARD_0005122; BARD_0005123-BARD_0005128; BARD_0005858-BARD_0005953; BARD_0008975-BARD_0008975; BARD_0011476-BARD_0011487; BARD_0011489-BARD_0011493; BARD_0011502-BARD_0011503; BARD_0011523-BARD_0011544; BARD_0011545-BARD_0011562; BARD_0011563-BARD_0011568; BARD_0011569-BARD_0011585; BARD_0015034-BARD_0015035; BARD_0015036-BARD_0015036; BARD_0015037-BARD_0015041; BARD_0015042-BARD_0015055; BARD_0015056-BARD_0015069; BARD_0015070-BARD_0015089; BARD_0015090-BARD_0015109; BARD_0015110-BARD_0015158; BARD_0015159-BARD_0015176; BARD_0015177-BARD_0015195; BARD_0015196-BARD_0015213; BARD_0015214-BARD_0015231; BARD_0015232-BARD_0015249; BARD_0015250-BARD_0015267; BARD_0015268-BARD_0015287; BARD_0015490-BARD_0015490; BARD_0015491-BARD_0015492; BARD_0015493-BARD_0015493; BARD_0015803-BARD_0015808; BARD_0015809-BARD_0015814; BARD_0016245-BARD_0016246; BARD_0016312-BARD_0016325; BARD_0016326-BARD_0016339; BARD_0016340-BARD_0016359; BARD_0016360-BARD_0016379; BARD_0016701-BARD_0016707; BARD_0051185-BARD_0051196; BARD_0051197-BARD_0051201; BARD_0051202-BARD_0051208; BARD_0051209-BARD_0051211; BARD_0203085-BARD_0203129; BARD_0203157-BARD_0203157; BARD_0203158-BARD_0203158; BARD_0203159-BARD_0203159; BARD_0051212-BARD_0051213; BARD_0113749-BARD_0113754; BARD_0132614-BARD_0132614; BARD_0135036-BARD_0135047; BARD_0112901-BARD_0112905; BARD_0135056-BARD_0135057; BARD_0135077-BARD_0135098; BARD_0135099-BARD_0135116; BARD_0112906-BARD_0112911; BARD_0135117-BARD_0135133; BARD_0130074-BARD_0130090; BARD_0109984-BARD_0109985; BARD_0129052-BARD_0129052; BARD_0129105-

la-1304154

BARD_0129109; BARD_0235835-BARD_0235848; BARD_0235821-BARD_0235834; BARD_0235849-BARD_0235866; BARD_0235867-BARD_0235885; BARD_0113057-BARD_0113105; BARD_0113106-BARD_0113122; BARD_0113123-BARD_0113140; BARD_0113141-BARD_0113157; BARD_0113158-BARD_0113174; BARD_0110124-BARD_0110140; BARD_0113175-BARD_0113191; BARD_0113192-BARD_0113208; BARD_0235886-BARD_0235904; BARD_0109805-BARD_0109805; BARD_0109914-BARD_0109914; BARD_0128416-BARD_0128417; BARD_0128418-BARD_0128419; BARD_0128586-BARD_0128591; BARD_0128592-BARD_0128597; BARD_0129049-BARD_0129050; BARD_0235835-BARD_0235848; BARD_0235821-BARD_0235834; BARD_0235849-BARD_0235866; BARD_0235867-BARD_0235885.

**REQUEST FOR PRODUCTION NO. 40:**

All documents and things concerning the bundling of any of the Accused Products with any other system, service, or product offered for sale by You or any other person, and all documents and things concerning segmented sales, revenue and profit information related to those other products or services, from 2008 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

Bard incorporates its general objections recited above as if set forth fully herein. Bard objects to this request on the ground that it seeks "All documents and things" that relate to its stated subject matter and is thus overly broad and unduly burdensome. Bard objects to Medline's definition of "Accused Products" as overly broad, unduly burdensome, vague, and ambiguous to the extent that it includes products not charted in Medline's August 22, 2014 Infringement Contentions. Bard objects to this request to the extent it seeks information that is outside of Bard's possession, custody, or control. Bard objects to this request to the extent it seeks information that is neither relevant to any party's claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence. Bard objects to this request as vague and ambiguous as to "the bundling of any of the Accused Products." Bard identifies at least the

BARD_0066204-BARD_0066205; BARD_0066206-BARD_0066207; BARD_0067396-BARD_0067399; BARD_0067400-BARD_0067430; BARD_0067431-BARD_0067432; BARD_0067433-BARD_0067434; BARD_0067443-BARD_0067444; BARD_0067445-BARD_0067448; BARD_0067474-BARD_0067475; BARD_0067476-BARD_0067477; BARD_0067480-BARD_0067481; BARD_0067482-BARD_0067483; BARD_0067512-BARD_0067513; BARD_0067514-BARD_0067515; BARD_0061954-BARD_0061955; BARD_0061956-BARD_0061957; BARD_0061962-BARD_0061963; BARD_0061964-BARD_0061965; BARD_0061958-BARD_0061959; BARD_0061960-BARD_0061961; BARD_0062277-BARD_0062278; BARD_0062279-BARD_0062280; BARD_0062015-BARD_0062016; BARD_0062017-BARD_0062052; BARD_0062125-BARD_0062126; BARD_0062127-BARD_0062128; BARD_0062137-BARD_0062138; BARD_0062139-BARD_0062140; BARD_0062141-BARD_0062142; BARD_0062143-BARD_0062144; BARD_0062171-BARD_0062172; BARD_0062173-BARD_0062174; BARD_0062177-BARD_0062178; BARD_0062179-BARD_0062180; BARD_0062203-BARD_0062204; BARD_0062205-BARD_0062206; BARD_0062259-BARD_0062260; BARD_0062261-BARD_0062262; BARD_0062320-BARD_0062321; BARD_0062322-BARD_0062323; BARD_0062324-BARD_0062325; BARD_0062326-BARD_0062327; BARD_0062484-BARD_0062485; BARD_0062486-BARD_0062487; BARD_0254352-BARD_0254368; BARD_0102274-BARD_0102280; BARD_0102281-BARD_0102284; BARD_0102285-BARD_0102289; BARD_0102290-BARD_0102293; BARD_0102294-BARD_0102294.

**REQUEST FOR PRODUCTION NO. 61:**

All documents and things concerning the product features that are most important to purchasers, or customers of the Accused Products when making their purchase decisions, and any analyses, evaluations, surveys, and reviews concerning such features and decisions.

la-1304154

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

Bard incorporates its general objections recited above as if set forth fully herein. Bard objects to this request on the ground that it seeks "All documents and things" that relate to its stated subject matter and is thus overly broad and unduly burdensome. Bard objects to Medline's definition of "Accused Products" as overly broad, unduly burdensome, vague, and ambiguous to the extent that it includes products not charted in Medline's August 22, 2014 Infringement Contentions. Bard objects to this request as overly broad and unduly burdensome to the extent it is unlimited in temporal scope or not limited to a time frame relevant to this litigation. Bard objects to this request to the extent it seeks information that is neither relevant to any party's claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its objections, Bard will produce responsive, non-privileged documents within its possession, custody, or control regarding the products charted in Medline's August 22, 2014 Infringement Contentions.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

Bard will produce responsive, non-privileged documents concerning product features important to customers of the Accused Products, including Voice of Customer documents. Bard identifies at least the following documents responsive to this Request: BARD_0005044-BARD_0005055; BARD_0005056-BARD_0005061; BARD_0005062-BARD_0005068; BARD_0005069-BARD_0005072; BARD_0005073-BARD_0005117; BARD_0005118-BARD_0005118; BARD_0005119-BARD_0005119; BARD_0005120-BARD_0005120; BARD_0005121-BARD_0005122; BARD_0005123-BARD_0005128; BARD_0005858-BARD_0005953; BARD_0006375-BARD_0006376; BARD_0008975-BARD_0008975; BARD_0011476-BARD_0011487; BARD_0011489-BARD_0011493; BARD_0011502-BARD_0011503; BARD_0011523-BARD_0011544; BARD_0011545-BARD_0011562; BARD_0011563-BARD_0011568; BARD_0011569-BARD_0011585; BARD_0015034-

274

BARD_0015035; BARD_0015036-BARD_0015036; BARD_0015037-BARD_0015041; BARD_0015042-BARD_0015055; BARD_0015056-BARD_0015069; BARD_0015070-BARD_0015089; BARD_0015090-BARD_0015109; BARD_0015110-BARD_0015158; BARD_0015159-BARD_0015176; BARD_0015177-BARD_0015195; BARD_0015196-BARD_0015213; BARD_0015214-BARD_0015231; BARD_0015232-BARD_0015249; BARD_0015250-BARD_0015267; BARD_0015268-BARD_0015287; BARD_0015288-BARD_0015289; BARD_0015290-BARD_0015290; BARD_0015291-BARD_0015292; BARD_0015293-BARD_0015294; BARD_0015295-BARD_0015295; BARD_0015296-BARD_0015296; BARD_0015297-BARD_0015297; BARD_0015298-BARD_0015303; BARD_0015304-BARD_0015321; BARD_0015322-BARD_0015322; BARD_0015323-BARD_0015362; BARD_0015363-BARD_0015363; BARD_0015364-BARD_0015365; BARD_0015366-BARD_0015366; BARD_0015367-BARD_0015367; BARD_0015368-BARD_0015368; BARD_0015369-BARD_0015369; BARD_0015370-BARD_0015370; BARD_0015371-BARD_0015371; BARD_0015413-BARD_0015413; BARD_0015414-BARD_0015414; BARD_0015415-BARD_0015415; BARD_0015416-BARD_0015417; BARD_0015418-BARD_0015418; BARD_0015419-BARD_0015419; BARD_0015420-BARD_0015420; BARD_0015421-BARD_0015422; BARD_0015423-BARD_0015423; BARD_0015424-BARD_0015424; BARD_0015425-BARD_0015425; BARD_0015426-BARD_0015426; BARD_0015427-BARD_0015428; BARD_0015429-BARD_0015429; BARD_0015490-BARD_0015490; BARD_0015491-BARD_0015492; BARD_0015493-BARD_0015493; BARD_0015494-BARD_0015496; BARD_0015497-BARD_0015499; BARD_0015500-BARD_0015501; BARD_0015502-BARD_0015502; BARD_0015503-BARD_0015503; BARD_0015593-BARD_0015593; BARD_0015594-BARD_0015594; BARD_0015595-BARD_0015595; BARD_0015596-BARD_0015597; BARD_0015803-BARD_0015808; BARD_0015809-BARD_0015814; BARD_0016219-BARD_0016219; BARD_0016245-BARD_0016246; BARD_0016255-BARD_0016255; BARD_0016256-

BARD_0016257; BARD_0016258-BARD_0016259; BARD_0016260-BARD_0016260; BARD_0016261-BARD_0016266; BARD_0016273-BARD_0016274; BARD_0016275-BARD_0016276; BARD_0016277-BARD_0016277; BARD_0016278-BARD_0016278; BARD_0016312-BARD_0016325; BARD_0016326-BARD_0016339; BARD_0016340-BARD_0016359; BARD_0016360-BARD_0016379; BARD_0016612-BARD_0016612; BARD_0016701-BARD_0016707; BARD_0051185-BARD_0051196; BARD_0051197-BARD_0051201; BARD_0051202-BARD_0051208; BARD_0051209-BARD_0051211; BARD_0203085-BARD_0203129; BARD_0203157-BARD_0203157; BARD_0203158-BARD_0203158; BARD_0203159-BARD_0203159; BARD_0051212-BARD_0051213; BARD_0113749-BARD_0113754; BARD_0111576-BARD_0111577; BARD_0132614-BARD_0132614; BARD_0135036-BARD_0135047; BARD_0112901-BARD_0112905; BARD_0135056-BARD_0135057; BARD_0135077-BARD_0135098; BARD_0135099-BARD_0135116; BARD_0112906-BARD_0112911; BARD_0135117-BARD_0135133; BARD_0130074-BARD_0130090; BARD_0109984-BARD_0109985; BARD_0129052-BARD_0129052; BARD_0129105-BARD_0129109; BARD_0235835-BARD_0235848; BARD_0235821-BARD_0235834; BARD_0235849-BARD_0235866; BARD_0235867-BARD_0235885; BARD_0113057-BARD_0113105; BARD_0113106-BARD_0113122; BARD_0113123-BARD_0113140; BARD_0113141-BARD_0113157; BARD_0113158-BARD_0113174; BARD_0110124-BARD_0110140; BARD_0113175-BARD_0113191; BARD_0113192-BARD_0113208; BARD_0235886-BARD_0235904; BARD_0128414-BARD_0128415; BARD_0109805-BARD_0109805; BARD_0109914-BARD_0109914; BARD_0128416-BARD_0128417; BARD_0128418-BARD_0128419; BARD_0109806-BARD_0109806; BARD_0128407-BARD_0128407; BARD_0128384-BARD_0128384; BARD_0109853-BARD_0109853; BARD_0128385-BARD_0128390; BARD_0109986-BARD_0110003; BARD_0109821-BARD_0109821; BARD_0129065-BARD_0129104; BARD_0109822-BARD_0109822; BARD_0128396-BARD_0128397; BARD_0109823-

BARD_0109823; BARD_0109824-BARD_0109824; BARD_0109807-BARD_0109807; BARD_0128391-BARD_0128391; BARD_0128398-BARD_0128398; BARD_0128395-BARD_0128395; BARD_0110017-BARD_0110017; BARD_0109847-BARD_0109847; BARD_0128399-BARD_0128399; BARD_0110021-BARD_0110021; BARD_0128420-BARD_0128420; BARD_0128400-BARD_0128400; BARD_0110018-BARD_0110019; BARD_0128401-BARD_0128401; BARD_0128404-BARD_0128404; BARD_0110023-BARD_0110023; BARD_0109849-BARD_0109849; BARD_0128402-BARD_0128403; BARD_0109923-BARD_0109924; BARD_0109852-BARD_0109852; BARD_0128448-BARD_0128448; BARD_0128449-BARD_0128450; BARD_0128451-BARD_0128451; BARD_0128452-BARD_0128454; BARD_0128455-BARD_0128457; BARD_0128458-BARD_0128459; BARD_0110792-BARD_0110792; BARD_0129014-BARD_0129014; BARD_0128422-BARD_0128422; BARD_0109805-BARD_0109805; BARD_0109914-BARD_0109914; BARD_0128407-BARD_0128407; BARD_0128384-BARD_0128384; BARD_0128392-BARD_0128393; BARD_0128586-BARD_0128591; BARD_0128592-BARD_0128597; BARD_0128717-BARD_0128717; BARD_0129049-BARD_0129050; BARD_0109805-BARD_0109805; BARD_0109914-BARD_0109914; BARD_0109915-BARD_0109916; BARD_0128405-BARD_0128406; BARD_0128407-BARD_0128407; BARD_0128384-BARD_0128384; BARD_0128408-BARD_0128413; BARD_0128402-BARD_0128403; BARD_0109923-BARD_0109924; BARD_0109925-BARD_0109926; BARD_0110751-BARD_0110752; BARD_0113055-BARD_0113055; BARD_0129110-BARD_0129110; BARD_0235835-BARD_0235848; BARD_0235821-BARD_0235834; BARD_0235849-BARD_0235866; BARD_0235867-BARD_0235885; BARD_0113407-BARD_0113407.

la-1304154

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

  Bard will produce responsive, non-privileged documents relevant to the interpretation or construction of the claims of the Patents-in-Suit, and identify such documents under the schedule set by the Court for claim construction.

Dated:    November 23, 2015    By: /s/ *Soo J. Park*
                  Attorney for C.R. Bard, Inc.

                  Vincent J. Belusko
                  *vbelusko@mofo.com*
                  Nicole M. Smith
                  *nsmith@mofo.com*
                  **Morrison & Foerster LLP**
                  707 Wilshire Boulevard
                  60th Floor
                  Los Angeles, CA 90017-3543
                  213.892.5200 (Tel)
                  213.892-5454 (Fax)

                  Todd H. Flaming
                  *Todd@KrausFlaming.com*
                  Kenneth E. Kraus
                  *Ken@KrausFlaming.com*
                  **KrausFlaming LLC**
                  20 South Clark Street, Suite 2620
                  Chicago, Illinois 60603
                  312.447.7217 (Tel)
                  312.236.9201 (Fax)
                  Attorneys for C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DEFENDANT C.R. BARD, INC.'S THIRD SUPPLEMENTAL RESPONSES TO MEDLINE INDUSTRIES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION was served via email on:

Christopher C. Campbell
Stephen Crenshaw
Kevin Lake
COOLEY LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656

Brian Eutermoser, Esq.
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, Colorado 80021-8023

Allen E. Hoover IL 06216256
Jared E. Hedman IL 6277635
FITCH, EVEN, TABIN & FLANNERY LLP
Suite 1600
120 South LaSalle Street
Chicago, Illinois 60603

Dated: November 23, 2015

                                                  /s/ *Soo J. Park*
                                                    Soo J. Park

la-1304154