Case: 1:14-cv-03618 Document #: 705-11 Filed: 08/05/22 Page 1 of 1 PageID #:22229

# Exhibit 9

# Filed Under Seal